Trevor W. Barrett, Esq. (SBN 287174)
tbarrett@donigerlawfirm.com
Benjamin F. Tookey, Esq. (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| FABRIC SELECTION, INC., | Case No.: 2:24-cv-10571-DSF-BFM |
|---|---|
| Plaintiff, | <u>Hon. Dale S. Fischer Presiding</u> |
| v. | **NOTICE OF SETTLEMENT OF ACTION** |
| FASHION NOVA, INC., *et al.*, | |
| Defendants. | |

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE that Plaintiff has reached a settlement agreement with Defendant Fashion Nova, Inc. in this action. These Parties are currently in the process of memorializing the terms of the agreement and should be in a position to file a dismissal of this matter within sixty (60) days. This settlement will resolve this matter in its entirety. So owing, Plaintiff respectfully requests that the current hearings, dates, and deadlines be vacated or continued by sixty (60) days so that the parties can finalize performance of the terms of the agreement and file the appropriate dismissal.

Respectfully submitted,

Dated: August 22, 2025     By:   */s/ Trevor W. Barrett*
                                 Trevor W. Barrett, Esq.
                                 Benjamin F. Tookey, Esq.
                                 DONIGER / BURROUGHS
                                 Attorneys for Plaintiff